# US10018938 - Claim 3 as applied to Toshiba

| Claim 3 | Toshiba Printers (1/6) |
|---|---|
| A system comprising:<br><br>an accumulation portion configured to accumulate an operation performance for calculating an amount of remaining toner held in a toner supply container of a developing device attached to an image forming apparatus;<br><br>a calculation portion configured to calculate the amount of remaining toner held in the toner supply container based on the operation performance accumulated by the accumulation portion;<br><br>a determination portion configured to determine whether the amount of remaining toner reaches a threshold; and<br><br>a sending portion configured to send order information when it is determined that the amount of remaining toner reaches the threshold. | **MANAGED PRINT SERVICES**<br>Toshiba's Encompass Managed Print Services keeps things running smoothly so you can concentrate on your business.<br><br>**PAY AS YOU PRINT**<br>**PAY PER PAGE**<br>Toshiba's PageSmart program means you only pay for what you use. Equipment, service, supplies, parts and labor can be rolled into one low, cost-per-page price. We'll also manage all of your printers—regardless of manufacturer.<br><br>Toshiba offers Managed Print Services. One of the services is PageSmart that includes an automatic toner/cartridge replenishment system.<br><br>Source: http://business.toshiba.com/services/managed-print |

# US10018938 - Claim 3 as applied to Toshiba

| Claim 3 | Toshiba Printers (2/6) |
|---|---|
| **A system** comprising:<br><br>an accumulation portion configured to accumulate an operation performance for calculating an amount of remaining toner held in a toner supply container of a developing device attached to an image forming apparatus;<br><br>a calculation portion configured to calculate the amount of remaining toner held in the toner supply container based on the operation performance accumulated by the accumulation portion;<br><br>a determination portion configured to determine whether the amount of remaining toner reaches a threshold; and<br><br>a sending portion configured to send order information when it is determined that the amount of remaining toner reaches the threshold. | Leveraging Toshiba's PageSmart Program, you get <u>toner</u>, service, parts and labor included in one low, cost-per-page price through one reliable service provider.  Toner<br><br>Toshiba's PageSmart program includes:<br>› Automated toner replenishment services<br>› High quality toner and parts for your laser printers<br>› National on-site service<br>› Convenient online portal for service requests and reporting<br>› Proactive service monitoring<br><br>The automatic toner/ cartridge replenishment system automatically detects when an ink/toner of a cartridge is running low and accordingly initiates a replacement order.<br><br>Source: Pages 1 and 2, https://business.toshiba.com/media/tabs/downloads/products/pageSmart.pdf |

# US10018938 - Claim 3 as applied to Toshiba

| Claim 3 | Toshiba Printers (3/6) |
|---|---|
| A system comprising:<br><br>an accumulation portion configured to accumulate an operation performance for calculating an amount of remaining toner held in a toner supply container of a developing device attached to an image forming apparatus;<br><br>a calculation portion configured to calculate the amount of remaining toner held in the toner supply container based on the operation performance accumulated by the accumulation portion;<br><br>a determination portion configured to determine whether the amount of remaining toner reaches a threshold; and<br><br>a sending portion configured to send order information when it is determined that the amount of remaining toner reaches the threshold. | **Network Management Tools Deliver Significant Productivity Gains**<br>Utilizing browser-based software that resides on each MFP, the TopAccess tool allows users to view a specific job and device from their desktop. It also enables administrators to load address books, integrate corporate email servers and manage email alerts coming from the device.<br><br>For Fleet Management, Toshiba e-BRIDGE CloudConnect is an innovative cloud-based application that enables remote management of your Toshiba e-STUDIO products ensuring maximum uptime. This proprietary tool gathers valuable data from your devices, providing an in depth understanding of performance via the Cloud. Downtime is minimized by real-time technical alerts and warnings allowing for proactive troubleshooting as well as secure performance of various device operations such as meter reads and firmware updates remotely.<br><br>The Toshiba system has tools to calculate an amount of remaining toner held in a toner cartridge of a Toshiba printer.<br><br>Source: Page 8, http://business.toshiba.com/media/tabs/downloads/company/enterpriseAccounts.pdf |

# US10018938 - Claim 3 as applied to Toshiba

| Claim 3 | Toshiba Printers (4/6) |
|---|---|
| A system comprising:<br><br>an accumulation portion configured to accumulate an operation performance for calculating an amount of remaining toner held in a toner supply container of a developing device attached to an image forming apparatus;<br><br>a calculation portion configured to calculate the amount of remaining toner held in the toner supply container based on the operation performance accumulated by the accumulation portion;<br><br>a determination portion configured to determine whether the amount of remaining toner reaches a threshold; and<br><br>a sending portion configured to send order information when it is determined that the amount of remaining toner reaches the threshold. | **e-BRIDGE Fleet Management System**<br><br>e-BRIDGE Fleet Management System allows you to instantly gather e-BRIDGE Fleet Management System information from networked Toshiba multifunction systems throughout your company.<br><br>• Monitor meter readings, machine availability, toner, and paper supply status.<br>• Define grouped devices by model, cost center, department, or location.<br>• Customize reports, covering groups of devices which can be defined as templates<br><br>**Fleet Monitoring**<br><br>Using Toshiba's intelligent fleet monitoring system, which tracks all networked devices and desktop laser printers, you can see detailed user information and receive appropriate service alert notifications such as low or no toner, preventive maintenance required and mechanical failure.<br><br>The Toshiba system has tools to calculate an amount of remaining toner held in a toner cartridge of a Toshiba printer.<br><br>Source: http://soluciones.toshiba.com/latin-american-en/software/device-management/e-bridge-fleet-management-system.html; Page 16, http://business.toshiba.com/media/tabs/downloads/company/enterpriseAccounts.pdf |

# US10018938 - Claim 3 as applied to Toshiba

| Claim 3 | Toshiba Printers (5/6) |
|---|---|
| A system comprising:<br><br>an accumulation portion configured to accumulate an operation performance for calculating an amount of remaining toner held in a toner supply container of a developing device attached to an image forming apparatus;<br><br>a calculation portion configured to calculate the amount of remaining toner held in the toner supply container based on the operation performance accumulated by the accumulation portion;<br><br>a determination portion configured to determine whether the amount of remaining toner reaches a threshold; and<br><br>a sending portion configured to send order information when it is determined that the amount of remaining toner reaches the threshold. | Toner is automatically replenished for all covered devices.<br><br>**How It Works**<br><br>The system is set up as just-in-time, meaning printer toner arrives approximately one week before the toner is fully depleted. Therefore, when there is a "low toner" alert, don't be alarmed. Our system will ensure the replacement toner is delivered before the cartridge is empty.<br><br>The toner cartridge is delivered with a label clearly showing the internal device location, serial number, device make/model, and designated site representative's name (shown here).<br><br>**Easy Tracking**<br><br>Upon shipment, an email notification will be sent to the designated site representative with shipment information and tracking number.<br><br>Instructions for Automated Toner Replenishment for Qualified Networked Printer Devices on Toshiba Unified Print Program<br><br>Next, the Toshiba system determines whether the remaining toner is low (i.e., has reached a threshold) and accordingly sends an order information requesting for a cartridge replacement.<br><br>Source: Page 3, https://ca01000043.schoolwires.net/cms/lib/CA01000043/Centricity/domain/98/doc/toshiba/Toshiba_AutoReplenishment.pdf |

# US10018938 - Claim 3 as applied to Toshiba

| Claim 3 | Toshiba Printers (6/6) |
|---|---|
| A system comprising:<br><br>an accumulation portion configured to accumulate an operation performance for calculating an amount of remaining toner held in a toner supply container of a developing device attached to an image forming apparatus;<br><br>a calculation portion configured to calculate the amount of remaining toner held in the toner supply container based on the operation performance accumulated by the accumulation portion;<br><br>a determination portion configured to determine whether the amount of remaining toner reaches a threshold; and<br><br>a sending portion configured to send order information when it is determined that the amount of remaining toner reaches the threshold. | Device Detail screenshot showing Date Registered 02/06/2012, Device Name 22100 Radiology, Serial # CNGXC30144, Manufacturer Hewlett Packard, Model HP LaserJet 4240, Consumables: Black Toner/Ink/Wax Level Remaining 57.00%, Last Read 9/16/2012 10:20:24 PM, Estimated Replenishment Date 9/28/2012; Maintenance Kit 0.00%, Recent Shipment; Recent Shipments: 7/27/2012 Black Toner/Ink/Wax, Shipping Order # 13199389, Quantity 1, TrackingNum UPS:1Z6714930333859095.<br><br>Instructions for Automated Toner Replenishment for Qualified Networked Printer Devices on Toshiba Unified Print Program<br><br>Source: Page 7, https://ca01000043.schoolwires.net/cms/lib/CA01000043/Centricity/domain/98/doc/toshiba/Toshiba_AutoReplenishment.pdf |

Ex. 8, p. 6